John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 811437

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-61182 | 011-0 | LAWANDA JEAN DERRETT<br>Original Check written to:<br>TYLER ISD<br>P O BOX 2011<br>TYLER, TX  75710 | xxxxxxxxxxxxxxxxxxxx2004 | 0.00 | 184.59 | 0.00 | 184.59 |
| 05-61182 | 010-0 | LAWANDA JEAN DERRETT<br>Original Check written to:<br>CITY OF TYLER TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710 | xxxxxxxxxxxxxxxxxxxx004, | 0.00 | 57.14 | 0.00 | 57.14 |
| 05-61182 | 009-0 | LAWANDA JEAN DERRETT<br>Original Check written to:<br>TYLER JR COLLEGE TAX A/C<br>P O BOX 2011<br>TYLER, TX  75710 | xxxxxxxxxxxxxxxxxxxx04,2 | 0.00 | 47.64 | 0.00 | 47.64 |
| 05-61182 | 008-0 | LAWANDA JEAN DERRETT<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxxxxxxxxxx04,2 | 0.00 | 46.12 | 0.00 | 46.12 |
| 05-61211 | 004-0 | BOBBY WAYNE TAYLOR<br>Original Check written to:<br>VAN ZANDT CAD<br>C/O LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX  75201 | xxxxxxxxxxxxxxxxxxx {20 | 0.00 | 203.39 | 0.00 | 203.39 |
| 05-68011 | 003-0 | VERNESCIA DEONNE FULLER<br>Original Check written to:<br>SHAVER AUTO SALES<br>5670 S SH 19<br>PALESTINE, TX  75801 | xx8187 | 0.00 | 82.54 | 3.93 | 86.47 |
| 06-60609 | 009-0 | ROBERT WAYNE GILBREATH<br>Original Check written to:<br>WOOD COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201 | xxxxxxxx8926 | 0.00 | 70.83 | 36.20 | 107.03 |